IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR601-010 |
| ) | |
| DAVE PARKER ANDERSON, JR. ) | |

### O R D E R

**IT IS HEREBY ORDERED** that the above captioned case, previously assigned to the Honorable John F. Nangle, is hereby reassigned for plenary disposition to the Honorable B. Avant Edenfield.

**ORDERED ENTERED** at <u>Savannah</u>, Georgia, this 3rd day of December, 2008.

_____
William T. Moore, Jr.
Chief United States District Judge
Southern District of Georgia